THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. LARRY GREENE, Defendant-Appellant.

(No. 61621; ▮▮▮▮▮▮▮▮▮▮▮)

First District (5th Division)—August 8, 1975.

Opinion by Mr. JUSTICE DRUCKER.

James J. Doherty, Public Defender, of Chicago (Judith A. Stewart, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon, Marcia B. Orr, and William J. Stacy, Assistant State's Attorneys, of counsel), for the People.